**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 371 MAL 2021

       Respondent                 :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

           v.                     :

                                       :

KAREEM EVANS,                     :

            :

            Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.